```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-13-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Edwin Magwood, individually and on behalf of his infant child T.M.,

                Plaintiffs,

— against —

City of New York, Neal Henry, Cashmere James, Indira Gamoneda, and Judine Dobson,

                Defendants.

Case No. 24-CV-5438

**INFANT COMPROMISE ORDER**

       Upon the Declaration of Edwin Magwood, the adult Plaintiff herein, signed on April 30, 2025, and the declaration of Mara Fleder, attorney for Plaintiffs herein, signed on April 30, 2025, and due deliberation having been had thereon, and upon consideration of the issues and claims in the litigation, the proffers of evidence, and the Plaintiffs and Defendant Indira Gamoneda having settled this case, and it appearing that the best interest of the Infant Plaintiff would be served by approval of the proposed compromise in settlement, now, on the motion of Mara Fleder, attorney for Infant Plaintiff herein, it is hereby:

       ORDERED, that the Plaintiff, Edwin Magwood, is hereby authorized and empowered, in the interest of himself and his child T.M. born in 2022, to settle and compromise their claims against Defendants Indira Gamoneda for the sum of sixteen thousand, six-hundred and sixty-six dollars and sixty-seven cents ($16,666.67), plus attorneys' fees, to be directly to counsel, in full satisfaction of Plaintiffs' claims against Defendants Indira Gamoneda other than the aforementioned attorneys' fees; and it is further

1

ORDERED, that the sum of eight thousand three-hundred and thirty-three dollars and thirty-three cents ($8,333.33) is to be distributed to Plaintiff Edwin Magwood, to be held for the sole use and benefit of Tomorrow, as Mr. Magwood deems appropriate; and it is further

ORDERD, that Edwin Magwood shall receive the sum of eight thousand three-hundred and thirty-three dollars and thirty-four cents ($8,333.34), which shall be paid by Defendant Indira Gamoneda in accordance with the Stipulation and Order of Settlement and Discontinuance; and it is further

ORDERED, that the agreed upon costs and attorneys' fees shall be paid directly to counsel and will not be subtracted from the proceeds due to Plaintiffs; and it is further

ORDERED, that this Court retains jurisdiction of this action for purposes of enforcement and modification of this Infant Compromise and the underlying settlement.

DATED:   New York, New York
         May 13, 2025

SO ORDERED:

Hon. Robyn J. Tarnofsky, U.S.M.J.

SO ORDERED

LEWIS A. KAPLAN, USDJ

2