[W]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-25

May 21, 2025

Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: *Magwood v. City of New York, et al.*
    Docket No. 1:24-cv-5438-LAK

Dear Judge Kaplan,

Our office represents the Plaintiff, Edwin Magwood on behalf of himself and his minor child in the above-referenced action. Defendants City of New York, Neal Henry, Cashmere James, and Judine Dobson are represented by Jason Imbiano of the New York City Law Department. Defendant Indira Gamoneda is represented by Michael Becker of Rutherford & Christie, LLP.

I am writing to request that the proposed infant compromise order (ECF No. 44) and the signed infant compromise order (ECF No. 48) be permanently sealed. Upon my review of the signed order this morning, I realized that I had inadvertently included the infant plaintiff's first name in one location rather than his initials. I apologize for my error. I immediately contacted the ECF Help Desk and they placed the proposed order under temporary seal, but they were not able to seal the signed order (ECF No. 48.) under seal.

Pursuant to ECF Rule 21.8, I will separately file a redacted copy of the Order.

Thank you, and again, I apologize.

Sincerely,

Mara Fleder
Mara Fleder

Granted,

SO ORDERED

_____
LEWIS A. KAPLAN USDJ

**WERTHEIMER LLC · 14 Wall Street · Suite 4C · New York, NY 10005**
**(646) 720-1098· joelwertheimer.com · joel@joelwertheimer.com · mara@joelwertheimer.com**